UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALVAREZ MILLINE, as Personal
Representative of the ESTATE of
ALVAREZ DEMETRIE MILLINE, Deceased

    Plaintiff,

v.

                            Case No. 17-cv-12723
                            Hon. Matthew F. Leitman

CORRECTCARE SOLUTIONS, L.L.C. *et al.*,

    Defendants.
_____/

## ORDER REQUIRING REPLY BRIEF

On July 9, 2021, Plaintiff filed a Motion for Reconsideration. (*See* ECF No. 131). On July 30, 2021, Defendants filed their response in opposition to the motion. (*See* ECF No. 132.) The Court concludes that it would benefit from a reply by Plaintiff addressing certain of the arguments presented by Defendants in their response. Accordingly, the Court orders that by not later than **August 23, 2021**, Plaintiff shall file a reply brief of not more than 15 pages in further support of his Motion for Reconsideration. In the reply brief, Plaintiff shall address the arguments presented at Sections III(C) and III(D) of Defendants' response (*see* ECF No. 132 at PageID.4334-4350). Plaintiff need not address any of Defendants' other arguments, but Plaintiff may address Defendants' other arguments if Plaintiff wishes to do so.

    **IT IS SO ORDERED.**

                                               s/Matthew F. Leitman
                                               MATTHEW F. LEITMAN
                                                UNITED STATES DISTRICT JUDGE

Dated: August 2, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 2, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda<br>
Case Manager<br>
(810) 341-9764