UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Alverez Milline, as Personal
Representative of the Estate of
Alverez Demetrie Milline, Deceased

    Plaintiff,

v.

County of Macomb, et al

    Defendants.

Case No. 17-cv-12723
Hon. Matthew F. Leitman

| FLOOD LAW, PLLC | CHAPMAN LAW GROUP |
|---|---|
| Kevin G. Simowski (P34358) | Ronald W. Chapman Sr., M.P.A., LL.M (P37603) |
| Todd F. Flood (P58555) | Jonathan C. Lanesky (P59740) |
| Attorneys for Plaintiff | Attorneys for Temitope Olagbaiye, N.P. |
| 401 North Main Street | 1441 West Long Lake Rd., Suite 310 |
| Royal Oak, MI 48067 | Troy, MI 48098 |
| (248) 547-1032 | (248) 644-6326 |
| ksimowski@floodlaw.com | rchapman@chapmanlawgroup.com |
| tflood@floodlaw.com | jlanesky@chapmanlawgroup.com |

## **SUBSTITUTION OF ATTORNEYS**

TO: CLERK OF THE COURT

PLEASE TAKE NOTICE that Jonathan C. Lanesky (P59740) has been substituted in the above-captioned cause in place and stead of attorney Wedad Suleiman, LL.M. as attorney for Defendant Temitope Olagbaiye, N.P.

1

                                          Respectfully submitted,
                                          CHAPMAN LAW GROUP

Dated: February 16, 2022        /s/ Jonathan C. Lanesky
                                          Jonathan C. Lanesky (P59740)
                                          Attorney for Temitope Olagbaiye, N.P.
                                          1441 West Long Lake Rd., Suite 310
                                          Troy, MI 48098
                                          (248) 644-6326
                                          jlanesky@chapmanlawgroup.com

## **CONSENT TO SUBSTITUTION OF ATTORNEYS**

TO: CLERK OF THE COURT

I hereby consent that Jonathan C. Lanesky (P59740) be substituted in my place and stead for Defendant Temitope Olagbaiye, N.P.

                                                    Respectfully submitted,
                                                    CHAPMAN LAW GROUP

Dated: February 16, 2022           /s/Wedad Suleiman
                                                    Wedad Suleiman, LL.M. (P81970)
                                                    Attorney for Temitope Olagbaiye, N.P.
                                                    1441 West Long Lake Rd., Suite 310
                                                    Troy, MI 48098
                                                    (248) 644-6326
                                                    wsuleiman@chapmanlawgroup.com

## **ORDER PERMITTING SUBSTITUTION OF ATTORNEYS**

In accordance with the foregoing written substitution of attorneys;

IT IS HEREBY ORDERED that the clerk shall withdraw the appearance of Wedad Suleiman, LL.M. (P81970) as attorney for Defendants Temitope Olagbaiye, N.P. from this litigation, and further disable Attorney Wedad Suleiman's e-filing notification for this case.

                                                    s/Matthew F. Leitman  
                                                    MATTHEW F. LEITMAN  
                                                    UNITED STATES DISTRICT JUDGE

Dated: February 17, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 17, 2022, by electronic means and/or ordinary mail.

                                                    s/Holly A. Ryan  
                                                    Case Manager  
                                                    (313) 234-5126