UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALVAREZ MILLINE, as Personal
Representative of the ESTATE of
ALVAREZ DEMETRIE MILLINE, Deceased

    Plaintiff,

v.

CORRECTCARE SOLUTIONS, L.L.C. *et al.*,

    Defendants.

_____/

Case No. 17-cv-12723
Hon. Matthew F. Leitman

## **JUDGMENT**

In accordance with the Orders entered on November 30, 2020, and August 3, 2021, **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants Cynthia Deview, Avery Hope, Allison LaFriniere, Linda Parton, Lawrence M. Sherman, David Arft, Monica Cueny, and Correctcare Solutions, L.L.C., and against Plaintiff Alvarez Milline.

KINIKIA ESSIX
CLERK OF COURT

By:   s/Holly A. Ryan
      Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: November 17, 2023
Detroit, Michigan

1